**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

  **v.**         Case No. 11-cr-08-PB

<u>**Basil Proctor**</u>


<u>**O R D E R**</u>


  The defendant has moved through counsel to continue the June 7, 2011 trial in the above case for a period of 120 days, citing an the complexity of the case which requires additional time to prepare for trial.  The government does not object to a continuance of the trial date.

  Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 7, 2011 to October 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

The court May 31, 2011 final pretrial conference is continued to September 19, 2011 at 3:30 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 12, 2011

cc:  Michael Shklar, Esq.
     Debra M. Walsh, Esq.
     United States Marshal
     United States Probation

2