**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    v.                          Criminal No. 11-cr-08-01-PB

<u>**Basil O. Proctor**</u>

<u>**NOTICE OF RULING / ORDER**</u>

    Re: Document No. 45, Motion for Leave

    Ruling: The defendant has a constitutional right to represent himself (with standby counsel if the court deems it advisable) and a constitutional right to have appointed counsel. He does not have a right to hybrid representation in which counsel performs certain tasks while the defendant performs others. The court has discretion to allow hybrid representation but does not deem it to be advisable in this case.  Accordingly, the request is denied. The defendant shall consult with counsel concerning the most effective way to raise the issues the defendant seeks to raise.

Date:  February 10, 2012        */s/ Paul Barbadoro*
                                      Paul Barbadoro
                                      United States District Judge

cc:  Basil O. Proctor
     Brian Snow, Esq.
     Deborah Walsh, Esq.