UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                  Case No. 11-cr-08-PB

<u>Basil O. Proctor</u>

### O R D E R

The defendant has moved through counsel to continue the March 6, 2012 trial in the above case for a period of 120 days, citing the need for additional time to complete discovery and properly prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2012 to July 10, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The February 22, 2012 final pretrial conference is continued to June 27, 2012 at 2:00 p.m.  There will be no further continuances granted in this case.

     SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

February 10, 2012

cc:  R. Brian Snow, Esq.
     Debra M. Walsh, Esq.
     United States Marshal
     United States Probation