**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

     **v.**                         Case No. 11-cr-008-PB

<u>Basil O. Proctor</u>

<u>O R D E R</u>

     I cannot grant defendant's request to represent himself
unless I determine that he is competent.  Although I have seen
nothing in my dealings with the defendant that calls his
competency into question, the representations made by his former
counsel give rise to reasonable cause to believe that the
defendant may be suffering from a mental disease or defect
rendering him mentally incompetent.  Accordingly, pursuant to 18
U.S.C. §§ 4241, 4247, I designate Dr. Drukteinis to prepare and
file a report assessing the defendant's competency.  I am
issuing this order on my own motion pursuant to 42 U.S.C. §
4241(b).  The government shall notify Dr. Drukteinis of this
order.  Dr Drukteinis shall provide his report and a bill for
services rendered to the government.  The government shall, in
turn, provide copies for the defendant and shall file the report

and bill under seal.  Defendant's objection (Doc. No. 73) is

overruled.

    SO ORDERED.


                            /s/Paul Barbadoro
                            Paul Barbadoro
                            United States District Judge

May 8, 2012

cc:  R. Brian Snow, Esq.
     Debra Walsh, AUSA
     United States Probation
     United Sates Marshal